IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 10-770-15 |
| TYREEK STYLES | : | |

## ORDER

And now, this 23rd day of July, 2013, having considered the defendant's Motion for a Judgment of Acquittal or a New Trial, and the government's response thereto, it is hereby **ORDERED** that the defendant's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District*