# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     Cr. No.: 10-770-15 |
| TYREEK STYLES | : |

## ORDER

AND NOW, this 2nd day of December, 2015, upon consideration of the defendant's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and the government's response thereto, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 63 months.

                                                                 BY THE COURT:

                                                 _____
                                                 HON. MICHAEL M. BAYLSON
                                                 United States District Court Judge

*[Handwritten notations:]*
Defendant
Fiscal
Fin Lit
USM

cc: T. Pa Hwan, *
     K. Nagle, Def.
     PTS
     Probation